IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LORI HUNT,<br><br>              Plaintiff,<br><br>vs.<br><br>AT&T Inc., AT&T Teleholdings, Inc., Ohio Bell Telephone Company,<br><br>              Defendants. | CASE NOS.: 2:23-CV-04035-ALM-EPD<br><br>Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth Preston Deavers<br><br>**PARTIES' JOINT STATUS REPORT** |

      The parties submit this Joint Status Report pursuant to the Court's May 28, 2024 Order. Dkt. 30.

      Discovery closed on February 28, 2025. Defendants AT&T, Inc., AT&T Teleholdings, Inc., and Ohio Bell Telephone Company (collectively, "AT&T") sought leave for and was granted the opportunity to move for summary disposition. Plaintiff Lori Hunt opposed AT&T's motion and briefing closed on May 19, 2025.

      The scheduling order contemplates a ruling on AT&T's motion by June 9, 2025, with an arbitration hearing scheduled to commence on August 25, 2025. There have been no settlement discussions.

      The parties will file a joint status report in six months indicating the status of arbitration.

                                              Respectfully submitted,

<table>
<tr><td>

/s/Kirsten R. Fraser
Shawn J. Organ (0042052)
Kirsten R. Fraser (0093951)
Connor A. Organ (0097995)
Organ Law LLP
1330 Dublin Road
Columbus, OH 43125
614-481-0901
sjorgan@organlegal.com
kfraser@organlegal.com
corgan@organlegal.com

*Counsel for Plaintiff*

</td><td>

/s/M. Scott McIntyre *(*per email authority 5/28/25)
James D. Curphey (0015832)
Jordan D. Day (0092186)
Sarah K. Squillante (0096705)
Porter, Wright, Morris & Arthur LLP
41 South High Street, Suite 3000
Columbus, OH 43215
Phone: (614) 227-1980
Fax: (614) 227-2100
jcurphey@porterwright.com
jday@porterwright.com
ssquillante@porterwright.com

Kenneth W. Gage (*pro hac vice* admission)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Tel.: (212) 318-6000
Fax: (212) 319-4090
kennethgage@paulhastings.com

M. Scott McIntyre (0075298)
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, OH 45202-4074
Telephone: 513.85.2622
Facsimile: 513.929.0303
Email: smcintyre@bakerlaw.com

*Counsel for Defendants*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2025, the foregoing Parties' Joint Status Report was filed via the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

      */s/ Kirsten R. Fraser, Esq.*